United States District Court
Southern District of Texas
**ENTERED**
June 08, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| NAVID GHAHREMANI, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-597 |
| vs. | § | |
| | § | |
| PAMELA BONDI, Attorney General, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

## ORDER

The petitioner, Navid Ghahremani, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials at the Houston Processing Center.  Through counsel, he has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Docket Entry No. 1).  On February 13, 2026, the government filed a Response and Motion for Summary Judgment (Docket Entry No. 6), which includes a sworn declaration from a deportation officer detailing what efforts the government has made in effectuating Ghahremani's removal to a third country.

**By June 15, 2026, the government must provide an update**, in the form of a sworn declaration from a deportation officer, on what further efforts have transpired in obtaining the petitioner's removal.

SIGNED on June 8, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge