United States District Court
Southern District of Texas
**ENTERED**
June 15, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| NAVID GHAHREMANI, | § § § | |
| Petitioner, | § § | CIVIL ACTION NO. H-26-597 |
| vs. | § § | |
| PAMELA BONDI, Attorney General, *et al.*, | § § § | |
| Respondents. | § § | |

**ORDER**

The petitioner, Navid Ghahremani, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials at the Houston Processing Center.  Through counsel, he has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Docket Entry No. 1).  On February 13, 2026, the government filed a Response and Motion for Summary Judgment (Docket Entry No. 6), which includes a sworn declaration from a deportation officer detailing what efforts the government has made in effectuating Ghahremani's removal to a third country.  On June 8, 2026, the court ordered the government to provide an update, in the form of a sworn declaration from a deportation officer, on what further efforts have transpired in obtaining the petitioner's removal.  (Docket Entry No. 9).

The government has filed a Response, which provides in full:

In response to the Court's June 8, 2026 Order (Dkt. 9), Federal Respondents advise the Court that no additional material efforts have transpired in effectuating Petitioner's removal from the United States since Respondents' February 13, 2026 declaration (Dkt. 6 at Ex. 1). At this juncture, there are no facts in the instant case that would allow a finding that Petitioner's continued detention meets the standard set forth in *Zadvydas v. Davis*, 533 U.S. 678 (2001).

(Docket Entry No. 10). The government agrees that Ghahremani is entitled to relief on his

*Zadvydas* claim and the court will order his immediate release.

The court **orders** as follows:

1. The Respondents' Motion for Summary Judgment (Docket Entry No. 6) is **denied**.

2. The Petition for a Writ of Habeas Corpus filed by Navid Ghahremani (Docket Entry No. 1) is **granted in part**.

3. Any other pending motions are **denied as moot**.

4. The respondents must release the petitioner, Navid Ghahremani, **within 24 hours of entry of this Order**. The petitioner's release is subject to 8 U.S.C. § 1231(a)(3) and 8 C.F.R. § 241.5. The petitioner must be released in a public place within the Southern District of Texas, and the respondents must notify the petitioner's counsel of the exact location and exact time of the petitioner's release **as soon as practicable and no less than three hours before his release**.

5. The respondents must return to the petitioner, at the time of his release from custody, any and all identification documents taken from him at the time of or during his detention.

6. The petitioner may not be re-detained without a showing that there has been a material change in circumstances, for example, a showing that the petitioner's documents are ready, that a third country has agreed to accept the petitioner, and that the petitioner has been provided notice of that third country and an opportunity to object to the third country removal.

7. Within five (5) days of the date of this Order, the parties must **confer** and **file** a joint status update and indicate whether this case may be closed.

SIGNED on June 15, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge

2